UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARVIN DONOVAN MILLER,

                Petitioner,

    -against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV-0907 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 24 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on March 9, 2005, dismissing petitioner's application for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's application for a writ of habeas corpus is denied; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       January 20, 2006

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court